```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Gwendolyn Ware</u>

    v.                            Civil No. 12-cv-104-JL

<u>JP Morgan Chase Bank, N.A., et al.</u>

## O R D E R

On October 25, 2012, a preliminary pretrial conference was held in this case. Gwendolyn Ware appeared on her own behalf; Attorney Peter Callaghan appeared for defendants. With the exception of mandatory disclosures, the parties did not agree on a single proposed date or limitation on discovery. Having weighed the arguments of both plaintiff and counsel for defendants, the court issues the following scheduling order:

    **Mandatory Disclosures**: Parties agree to comply with Fed. R. Civ. P. 26(a)(1).

    **Interrogatories**: A maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service unless otherwise agreed to pursuant to Fed. R. Civ. P. 29.

    **Requests for Admission**: A maximum of 50 requests by each party to any other party.[1] Responses due 30 days

---

[1] Following the hearing, I adjusted the limit on interrogatories and admissions to reflect an equal number for all parties.

after service unless otherwise agreed to pursuant to Fed. R. Civ. P. 29.

**Depositions:** A maximum number of seven depositions (total) by plaintiff and seven (total) by defendants. Each deposition limited to a maximum of seven hours unless extended by agreement of the parties.

The key deadlines in the discovery plan are summarized in the chart below.

| Scheduling Designation | Deadline |
| --- | --- |
| **Claims by Unnamed Parties** | December 15, 2012 |
| **Joinder of Additional Parties** | Plaintiff: January 25, 2013<br>Defendants: February 13, 2013 |
| **Third-Party Actions** | January 25, 2013 |
| **Amendment of Pleadings** | Plaintiff: January 25, 2013<br>Defendants: February 13, 2013 |
| **Demand** | February 1, 2013 |
| **Motions to Dismiss** | February 25, 2013 |
| **Offer** | March 1, 2013 |
| **Experts and Experts' Written Reports** | Plaintiff: March 1, 2013<br>Defendants: April 1, 2013 |
| **Experts' Rebuttal Reports** | Plaintiff: April 15, 2013<br>Defendants: May 1, 2013 |
| **Joint Mediation Statement** | May 1, 2013 |
| **Challenges to Expert Testimony** | May 15, 2013[2] |
| **Motions for Summary Judgment** | June 3, 2013 |
| **Trial Date** | October 1, 2013 |

---

[2] Following the hearing, I adjusted this date to accommodate for expert rebuttal reports.

3

In light of this order, defendants' proposed discovery plan (doc. no. 21) is denied as moot.

```
                              _____
                              Landya B. McCafferty
                              United States Magistrate Judge
```

Date: October 25, 2012

cc: Gwendolyn Ware, pro se
    Peter G. Callaghan, Esq.