```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

Gwendolyn Ware

    v.                                      Civil No. 12-cv-104-JL

JP Morgan Chase Bank, N.A. and
Federal Home Loan Mortgage Corp.


**O R D E R**

Based upon the discussion between the court and the parties at the July 23, 2013 conference, the court finds good cause to extend the deadline for the parties to file motions for summary judgment under Federal Rule of Civil Procedure 56. Any such motions shall be filed **on or before August 7, 2013.** Objections, which shall conform to the Local Rules (including but not limited to Local Rules 5.1, 7.1, and 7.2), shall be filed **on or before September 6, 2013.** No replies will be permitted. Oral argument on any motions for summary judgment will be held on **September 10, 2013** at **9:00 a.m.** The bench trial currently scheduled for October 2013 will not be postponed, and the parties will be expected to make all pretrial filings required by the Federal Rules of Civil Procedure and Local Rules (including but not limited to Local Rule 16.2).

The court considers the plaintiff's petition to contain the following claims for relief, which motions for summary judgment should address:

- Violation of the Truth in Lending Act and Regulation Z, specifically 12 C.F.R. §§ 226.18(d)(1) and 226.23(h), see Petition ¶ 6;

- Violation of the Real Estate Settlement Procedures Act and Regulation X, specifically 24 C.F.R. § 3500.7, see Petition ¶ 6;

- Violation of N.H. Rev. Stat. Ann. § 397-A:14(e), see Petition ¶ 7; and

- Breach of the implied covenant of good faith and fair dealing, see Petition ¶ 8.

**SO ORDERED.**

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge

Dated: July 24, 2013

cc: Gwendolyn Ware, pro se
    Peter G. Callaghan, Esq.